**Opinion issued December 7, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00644-CR

————————————

## IN RE JOSE ARREBOLA-BAUZA, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Jose Arrebola-Bauza, seeks mandamus relief to compel the trial court to withdraw its June 30, 2017 order and to enter an order requiring the State to provide relator with copies of the order to place a mobile tracking device on his vehicle and the application supporting that order.[1]

---

[1] The underlying case is *State of Texas v. Jose Arrebola-Bauza*, cause number 1512844, pending in the 232nd District Court of Harris County, Texas, the Honorable Kristin M. Guiney, presiding.

Because relator has not shown that he is entitled to relief, we deny the petition.

Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).